## MEEK, Rec., v. TACKETT.

No. 15651—Opinion Filed Sept. 29, 1925.

Error from District Court, Stephens County; M. W. Pugh, Judge.

Action between M. M. Meek, receiver, and B. T. Tackett. From the judgment, the former brings error. Reversed and remanded.

Bond & Lewis and H. A. Ledbetter, for plaintiff in error.

Womack, Brown & Cund and Watkins & Walsh, for defendant in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendant in error to file a brief as provided by rule 7 of this court.

---

## BAXLEY v. CITY OF FREDERICK et al.

No. 16096—Opinion Filed Sept. 29, 1925.

Error from District Court, Tillman County; Frank Mathews, Judge.

Action between T. A. Baxley and the City of Frederick et al. From the judgment, the former brings error. Reversed and remanded.

Wilson & Roe, for plaintiff in error.

J. C. Counts, for defendants in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendant in error to file a brief as provided by rule 7 of this court.

---

## McNATT v. GIBSON et ux.

No. 16092—Opinion Filed Sept. 29, 1925.

Error from District Court, Osage County; Jesse J. Worten, Judge.

Action between N. L. McNatt and H. H. Gibson et ux. From the judgment, the former brings error. Reversed and remanded.

A. Plack Carr, for plaintiff in error.

J. T. Johnson, for defendants in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendant in error to file a brief as provided by rule 7 of this court.

---

## In re ESTATE of MILLER; SALLIE MILLER, Adm'x.

No. 16081—Opinion Filed Sept. 29, 1925.

Error from District Court, Seminole County; Geo. C. Crump, Judge.

C. Guy Cutlip, Thos. J. Horsley, and H. C. Dodd, for plaintiff in error.

Willmott & Roberts, for defendant in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendant in error to file a brief as provided by rule 7 of this court.

---

## ROWLAND, Adm'x, v. ROBERTS et al.

No. 15841—Opinion Filed Sept. 29, 1925.

Error from District Court, Tillman County; Frank Mathews, Judge.

Action between Laura L. Rowland, administratrix, and H. L. Roberts et al. From the judgment, the former brings error. Reversed and remanded.

S. P. Freeling and J. I. Howard, for plaintiff in error.

Mounts & Hussey, for defendants in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendant in error to file a brief as provided by rule 7 of this court.